**FILED**

08/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0372

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0372

_____

STATE OF MONTANA,

　　Plaintiff and Appellee,

v.                                    O R D E R

BRYCE CALEB HAMERNICK,

　　Defendant and Appellant.

_____

This cause, which was previously classified for submission on briefs to a five-justice panel, is hereby reclassified for submission to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 23 2023